## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Sulhei Fitzgerald <br> <u>Debtor</u> | CHAPTER 7 <br><br> BKY. NO. 16-14121 JKF |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of JPMorgan Chase Bank, National Association, and index same on the master mailing list.

Re: Loan # Ending In: 7680

                                                    Respectfully submitted,

                                                    **/s/Joshua I. Goldman, Esquire**
                                                    Joshua I. Goldman, Esquire
                                                    Thomas Puleo, Esquire
                                                    KML Law Group, P.C.
                                                    701 Market Street, Suite 5000
                                                    Philadelphia, PA 19106-1532
                                                    (215) 825-6306  FAX (215) 825-6406