Certificate Number: 00437-PAE-DE-027971575

Bankruptcy Case Number: 16-14121



00437-PAE-DE-027971575

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 26, 2016, at 2:35 o'clock PM MDT, SULHEI FITZGERALD completed a course on personal financial management given by internet by Black Hills Children's Ranch, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   August 26, 2016               By:    /s/Kimberly Jackson

                                      Name:  Kimberly Jackson

                                      Title: Accredited Financial Counselor