## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Sulhei Fitzgerald | CHAPTER 7 |
|         Debtor | |
| | |
| JPMorgan Chase Bank, National Association | |
|         Movant | NO. 16-14121 JKF |
| vs. | |
| | |
| Sulhei Fitzgerald | |
|         Debtor | 11 U.S.C. Section 362 |
| | |
| Christine C. Shubert Esq. | |
|         Trustee | |

## ORDER

AND NOW, this /4th day of September, 2016 at Philadelphia, upon failure of Debtor and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362), is modified with respect to the subject premises located at 1512 Lampeter Road, Lancaster, PA 17602 ("Property"), as to Movant, its successors or assignees to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____
United States Bankruptcy Judge.