United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-14121-jkf
Sulhei Fitzgerald                                                         Chapter 7
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: JeanetteG          Page 1 of 1          Date Rcvd: Sep 16, 2016
                             Form ID: pdf900           Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 18, 2016.
db            +Sulhei Fitzgerald,    46 Willow Valley Dr.,    Lancaster, PA 17602-4764

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: bankruptcy@phila.gov Sep 17 2016 02:09:18     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 17 2016 02:07:57
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 17 2016 02:08:42     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             E-mail/Text: ebnbankruptcy@ahm.honda.com Sep 17 2016 02:08:25
               American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
               Irving, tX  75016-8088
                                                                                         TOTAL: 4

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2016                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 16, 2016 at the address(es) listed below:
           CHRISTINE C. SHUBERT     christine.shubert@comcast.net,  J100@ecfcbis.com
           ELIZABETH A. BARTLOW     on behalf of Debtor Sulhei  Fitzgerald elizabeth@bartlowlaw.com
           JOSHUA ISAAC GOLDMAN     on behalf of Creditor    JPMorgan Chase Bank, National Association
            bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
           United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                         TOTAL: 4

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Sulhei Fitzgerald | CHAPTER 7 |
|         Debtor | |
| | |
| JPMorgan Chase Bank, National Association | |
|         Movant | NO. 16-14121 JKF |
|     vs. | |
| | |
| Sulhei Fitzgerald | |
|         Debtor | 11 U.S.C. Section 362 |
| | |
| Christine C. Shubert Esq. | |
|         Trustee | |

### ORDER

AND NOW, this 14th day of September, 2016 at Philadelphia, upon failure of Debtor and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362), is modified with respect to the subject premises located at 1512 Lampeter Road, Lancaster, PA 17602 ("Property), as to Movant, its successors or assignees to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____
United States Bankruptcy Judge.