United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Sulhei Fitzgerald  
    Debtor

Case No. 16-14121-jkf  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: admin    Page 1 of 1    Date Rcvd: Sep 23, 2016  
                               Form ID: 318    Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2016.

```
db              +Sulhei Fitzgerald,    46 Willow Valley Dr.,    Lancaster, PA 17602-4764
13741330        +Chase Mtg,    Po Box 24696,    Columbus, OH 43224-0696
13741331        +Citibank/The Home Depot,    Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
                  Saint Louis, MO 63179-0040
13741333         KML Law Group,    Suite 5000,    BNY Mellon Independence Ctr,    Philadelphia, PA 19106
13741335        +Midland Funding,    2365 Northside Dr,    Suite 300,    San Diego, CA 92108-2709
13741337        +Peter Fitzgerald,    1704 Judie Ln,    Apt C,    Lancaster, PA 17603-6733
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg              E-mail/Text: bankruptcy@phila.gov Sep 24 2016 02:04:24     City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 24 2016 02:02:54
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 24 2016 02:03:57     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13741332        +E-mail/Text: BKRMailOps@weltman.com Sep 24 2016 02:03:40     Discover Financial,
                  c/o Weltman, Weinberg & Reis, Co., LPA,    325 Chestnut St,    Suite 501,
                  Philadelphia, PA 19106-2605
13741334        +E-mail/Text: csd1clientservices@cboflanc.com Sep 24 2016 02:04:55     Lanc Coll,
                  218 West Orange St,    Lancaster, PA 17603-3746
13741336        +E-mail/Text: bankruptcynotices@psecu.com Sep 24 2016 02:05:02     P S E C U,
                  Attention: Bankruptcy,    Po Box 67013,    Harrisburg, PA 17106-7013
13741338        +EDI: RMSC.COM Sep 24 2016 01:48:00     Synchrony Bank/Gap,    Attn: Bankruptcy,    Po Box 103104,
                  Roswell, GA 30076-9104
13741339        +EDI: RMSC.COM Sep 24 2016 01:48:00     Synchrony Bank/Walmart,    Attn: Bankruptcy,
                  Po Box 103104,    Roswell, GA 30076-9104
13741340        +EDI: WTRRNBANK.COM Sep 24 2016 01:48:00     Target,    C/O Financial & Retail Services,
                  Mailstop BT PO Box 9475,    Minneapolis, MN 55440-9475
                                                                                               TOTAL: 9

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2016                                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2016 at the address(es) listed below:

```
              CHRISTINE C. SHUBERT    christine.shubert@comcast.net, J100@ecfcbis.com
              ELIZABETH A. BARTLOW    on behalf of Debtor Sulhei  Fitzgerald elizabeth@bartlowlaw.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   JPMorgan Chase Bank, National Association
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 4
```

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Sulhei Fitzgerald** | Social Security number or ITIN **xxx–xx–8512** |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **Eastern District of Pennsylvania**

Case number:   **16–14121–jkf**

# Order of Discharge                                                                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Sulhei Fitzgerald
fka Sulhei VanPelt

9/22/16                                                                                   **By the court:**   Jean K. FitzSimon
                                                                                                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                                              **Order of Discharge**                                                          page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318    **Order of Discharge**    page 2